Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
Mark Alan Totty                    § CASE NO. 12-10228-RLJ-13
 and                               §
 Cheri Faye Totty                  § HEARING DATE: 1/2/2014
DEBTOR(s)                          § HEARING TIME: 11:00 A.M.

<u>AMENDED FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION</u>

DATE: 12/02/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. <u>HISTORY OF THE CASE</u>

1. Date Case Filed:  7/31/2012

2. Date of Section 341 Meeting: 8/31/2012

3. First Payment Date:  8/30/2012

4. Date of Confirmation: 1/10/2013

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   17

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 43

8. Amount of Arrears through the month prior to the date the Modification is filed: $110.00

9. Date plan payments are to resume: 1/30/2014

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $23,390.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $23,500.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $1,520.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 5/3/2013

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x____          Plan payments increase to  $1,672.00  month starting January 2014.

Any arrears indicated in item 8 above shall be cured by the following method: Prior to hearing.

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved.  Payments to the Trustee in the amount of $1,672.00 will resume on or before 1/30/2014 for 43 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base Amount increases to $96,906.00

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1.  Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final.  A proof of claim must be timely filed to be allowed.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

   ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO
Code Name  Class  Amount  Collateral Value  Interest Treatment

| A | S-Westbrook ISD | Ad valorem taxes for 2011-2012 | $2,443.51 @12% interest | $70.90 per month |
|---|---|---|---|---|
| | | | | |
| CT | S-Texas Savings Bank SSB | 1st lien pre-petition mortgage arrears | $15,446.01 | $332.20 per month |
| | | | | |
| CT | S-Texas Saving Bank SSB | 2nd lien pre-petition mortgage arrears | $ 5,049.22 | $109.45 per month |

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  To provide payment to Westbrook ISD for 2011-2012 ad valorem property taxes.

VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

          Respectfully submitted,

          /s/Monte J. White
          Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation has been served by me on 12/03/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

          /s/Monte J. White
          Attorney for Debtor(s)

```
Label Matrix for local noticing          United States Trustee                   Westbrook ISD
0539-1                                   1100 Commerce Street                    Linebarger Goggan Blair Sampson, LLP
Case 12-10228-rlj13                      Room 976                                2323 Bryan Street Suite 1600
Northern District of Texas               Dallas, TX 75242-0996                   Dallas, TX 75201-2644
Abilene
Mon Dec  2 14:44:29 CST 2013

306 Federal Building                     At & T                                  Bealls
1205 Texas Avenue                        P.O. Box 930170                         WFNNB
Lubbock, TX 79401-4037                   Dallas, Tx 75393-0170                   PO Box 182686
                                                                                 Columbus, OH 43218-2686


(p)BANK OF AMERICA                       CAPITAL ONE BANK -USA, N.A.             Capital One, N.a.
PO BOX 982238                            PO Box 12907                            Capital One Bank -USA N.A.
EL PASO TX 79998-2238                    Norfolk VA 23541-0907                   PO Box 30285
                                                                                 Salt Lake City, UT 84130-0285


Cavalry Portfolio Services               Cbcs                                    Chase
500 Summit Lake Drive, Ste 400           Po Box 163250                           Po Box 24696
Valhalla, NY 10595-2322                  Columbus, OH 43216-3250                 Columbus, OH 43224-0696


Cheri Faye Totty                         Cogdell Memorial Hospital               Collectech Diversified
1398 Lake County Rd 248                  1700 Cogdell Boulevard                  Po Box 12027
Colorado City, TX 79512-7412             Snyder, TX 79549-6198                   Lubbock, TX 79452-2027


Covenant Med. Ctr.                       Covenant Medical Group                  Datasearch Inc
PO Box 1201                              PO Box 650597                           Pob 461289
Lubbock, TX 79408-1201                   Dallas, TX 75265-0597                   San Antonio, TX 78246-1289


Equiant Financial Svcs                   GE Capital Retail Bank                  Gemb-walmart
5401 N Pima Rd Ste 150                   C0 Recovery Management Systems Corp     Attn: Bankruptcy
Scottsdale, AZ 85250-2630                25 SE 2nd Ave Suite 1120                PO Box 103104
                                         Miami FL 33131-1605                     Roswell, GA 30076-9104


HARLEY-DAVIDSON CREDIT CORP              Harley Davidson Financial               Hsbc Bank
9441 LBJ FREEWAY,SUITE 350               Attention: Bankruptcy                   Po Box 5253
DALLAS,TEXAS 75243-4652                  PO Box 182686                           Carol Stream, IL 60197-5253
                                         Columbus, OH 43218-2686


IRS Department                           Internal Revenue Service                (p)INTERNAL REVENUE SERVICE
Attn: Dorothy Shields                    1100 Commerce                           CENTRALIZED INSOLVENCY OPERATIONS
1100 Commerce                            MC 5029 DAL                             PO BOX 7346
Mail Code 5027                           Dallas, TX 75242-1100                   PHILADELPHIA PA 19101-7346
Dallas, Texas 75242-1001


Mark Alan Totty                          Merrick Bank                            Merrick Bk
1398 Lake County Rd 248                  Resurgent Capital Services              Attn: Bankruptcy
Colorado City, TX 79512-7412             PO Box 10368                            P.O. Box 9201
                                         Greenville, SC 29603-0368               Old Bethpage, NY 11804-9001
```

| | | |
|---|---|---|
| Mitchell County<br>CO Perdue, Brandon, Fielder etal<br>P.O. Box 13430<br>Arlington, Texas 76094-0430 | Mitchell County Appraisal District<br>2112 Hickory Street<br>Colorado City, TX 79512-3448 | Mitchell County Hospital<br>997 West Interstate 20<br>Colorado City, TX 79512-3998 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | Perdue Brandon Fielder Collins & Mott<br>PO Box 817<br>Lubbock, TX 79408-0817 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Rnb-fields3-Macys<br>Macys Bankruptcy Department<br>PO Box 8053<br>Mason, OH 45040-8053 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 |
| Security Fin<br>SFC Centralized Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Snyder Payday Loans<br>3012 College Ave<br>Snyder, TX 79549 | Southwestern Bell Telephone Company<br>AT & T Services, Inc<br>James Grudus, Esq.<br>One AT & T Way, Room 3A218<br>Bedminster, NJ 07921 |
| Sun Loans<br>2519 College Ave<br>Snyder, TX 79549-2528 | Texas Finance<br>1400 25th St<br>Snyder, TX 79549-2613 | Texas Savings Bank<br>211 South College<br>Snyder, Texas 79549 |
| Texas Savings Bank, s.s.b<br>Attn: Mike Van Meter<br>4500 College Avenue<br>P.O. Box 830<br>Snyder, Texas 79550-0830 | Wells Fargo Bank, N.A., dba Wells Fargo Deal<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Westbrook ISD<br>c/o Sherrel K. Knighton<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2323 Bryan St. Ste. 1600<br>Dallas, Texas 75201-2644 |
| Western Shamrock Corporation<br>Attention: Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903-6735 | Wfs Financial-Wachovia Dealer Services<br>10750 Forest St.<br>Suite 200<br>Rancho Cucamonga, CA 91730 | World Finance Corp<br>205 West Austin St.<br>Brownwood, TX 76801 |
| World Finance Corporation<br>1926 25Th Street<br>Snyder, TX 79549-2517 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>CO Capital One, Na<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Cheri Faye Totty
1398 Lake County Rd. 248
Colorado City, TX 79512-7412

(u)Internal Revenue Service -IRS

(d)Mark Alan Totty
1398 Lake County Rd. 248
Colorado City, TX 79512-7412


(u)Mitchell County

(d)PRA Receivables Management, LLC
POB 41067
Norfolk, VA 23541-1067

(d)Cheri Faye Totty
1398 Lake County Rd. 248
Colorado City, TX 79512-7412


(d)Mark Alan Totty
1398 Lake County Rd. 248
Colorado City, TX 79512-7412

End of Label Matrix
Mailable recipients    53
Bypassed recipients     7
Total                  60